UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |
|---|---|
| SCOTT R. SEMRAD,  |  CIV. 08-4151 |
| Plaintiff, | |
| vs. | |
|  | ORDER FOR SERVICE |
| WARDEN BOB DOOLEY, Warden, Mike Durfee State Prison; MISSY JOHNSON, Supervisor of Medical Services; TOM GILCHRIST, Mental Health Therapist; CORY NELSON, Mental Health Therapist; TIM REISCH; Secretary of Corrections; TRAVIS TJEERDSMA, Unit Coordinator; HARLEN TJEERDSMA, Unit Manager; MICHELLE GIELSKI, P.A.; GOVERNOR MIKE ROUNDS; all in their official and individual capacities; | |
| Defendants. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Plaintiff's Complaint and supplements to the complaint (Docs. 1, 5 and 6) have been screened pursuant to 28 U.S.C. § 1915A and the Court finds the complaint shall be served upon Defendants. Further, Plaintiff has paid the $350.00 filing fee in full and has not requested to proceed in forma pauperis. Accordingly, it is hereby

ORDERED that:

1. The Clerk of Court shall provide an appropriate number of blank summons forms to plaintiff for him to complete. Plaintiff is responsible for the service of the summons, complaint and supplements to the complaint upon defendants within the time frame specified in Federal Rule of Civil Procedure 4(m).

2. That plaintiff shall serve upon defendants, or, if appearance has been entered by counsel, upon their attorney, a copy of every further pleading or other document submitted for consideration by the Court.  He shall include with the original paper to be filed with the Clerk of Court a certificate stating the date a true and correct copy of any document was mailed to defendants or their counsel.  Any paper received by a district judge or magistrate judge which has not been filed with the Clerk or which fails to include a certificate of service will be disregarded by the Court.

Dated this 30th day of October, 2008.

BY THE COURT:

s/John E. Simko
_____
John E. Simko
United States Magistrate Judge