```
                                                                            FILED
              UNITED STATES DISTRICT COURT                                 JUL 10 2009
                 DISTRICT OF SOUTH DAKOTA
                    SOUTHERN DIVISION
****************************************************
                                    *
SCOTT R. SEMRAD,                    *     CIV. 08-4151
                                    *
        Plaintiff,                  *
                                    *
vs.                                 *     OPINION AND
                                    *     ORDER ON MOTIONS
WARDEN BOB DOOLEY, Warden,          *
Mike Durfee State Prison;           *
TOM GILCHRIST, Mental Health Therapist; *
CORY NELSON, Mental Health Therapist;   *
TIM REISCH; Secretary of Corrections;   *
TRAVIS TJEERDSMA, Unit Coordinator; *
HARLEN TJEERDSMA, Unit Manager;     *
LT. MUDDER; C.O. SCOTT;             *
MAJ. TJEERDSMA; SGT. CHRISTENSON;   *
CPL. KEMNITZ; and LT. PELTON;       *
all in their official and individual capacities; *
                                    *
        Defendants.                 *
                                    *
****************************************************
```

Pending is Plaintiff's Motion to Reconsider (Doc. 111) which requests the court reverse its June 4th ruling granting Defendants' Motion for Protective Order. Defendants object to the motion, again noting Plaintiff has been provided the relevant documents or otherwise has access to the information requested. The issuance of the protective order is justified and will not be reconsidered.

Plaintiff has also filed a Motion for Leave to File Supplemental Complaint (Doc. 115). It is noted this action was filed in September of 2008 and since that time Plaintiff has filed numerous amendments and supplements to the complaint. See Order filed April 21, 2009.

Further, Plaintiff has made a Renewed Motion for In Camera and Ex Parte Review of Evidence (Doc. 118) which again requests the court "examine and inspect documents deemed too 'sensitive' or 'confidential' for public view but material to plaintiff's claims of violation of his rights."

All three of the currently pending motions are matters which have been addressed previously.

Accordingly, it is hereby

ORDERED that Plaintiff's Motions (Docs. 111, 115, and 117) are DENIED as moot.

Dated this 10 day of July, 2009.

BY THE COURT:

John E. Simko
United States Magistrate Judge